BEFORE THE SECOND DIVISION, SEPTEMBER 18, 1963

No. 67994.—Bert Scheuer, Inc. v. United States, protests 59/22490–S/15651, 59/27111–S/15767, and 60/19237–S/16126 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 67995.—Liebermann Waelchli & Co. N.Y., Inc. v. United States, protest 60/27211 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.